RECEIVED

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JAN 08 2008
Jan 8, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

DEMETRIUS .D HEMPHILL

(Enter above the full name of the plaintiff or plaintiffs in this action)

08CV157
JUDGE LEINENWEBER
MAGISTRATE JUDGE BROWN

vs.

Case No: _____
(To be supplied by the Clerk of this Court)

SHERIFFE TOM DART
Ofc. KERN #4565
Ofc. LOMBARDI #8118
Ofc. NICKLE #6501
Ofc. KOUCH #7975
Ofc. SKINNER #_____

(Enter above the full name of ALL defendants in this action. Do not use "et al.")

CHECK ONE ONLY:

✓    COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
     U.S. Code (state, county, or municipal defendants).

_____ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
     28 SECTION 1331 U.S. Code (federal defendants)

_____ OTHER (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

1.   Plaintiff(s):

Revised: 7/20/05

A. Name: DEMETRIUS D. HEMPHILL

B. List all aliases: Q

C. Prisoner identification number: 2005 006 8708 — N84682

D. Place of present confinement: COOK COUNTY JAIL DIV 10

E. Address: P.O. BOX 089002, CHICAGO, ILL 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, and current address according to the above format on a separate sheet of paper.)

II. Defendant(s):
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: Ofc. KERN #4565
   Title: CORRECTIONAL OFFICER / SHERIFF
   Place of Employment: COOK COUNTY JAIL, DIV 9

B. Defendant: Ofc. LOMBARDI #8118
   Title: CORRECTIONAL OFFICER / SHERIFF
   Place of Employment: COOK COUNTY JAIL, DIV 9

C. Defendant: Ofc. NICKEL #6501
   Title: CORRECTIONAL OFFICER / SHERIFF
   Place of Employment: COOK COUNTY JAIL, DIV 9

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

III. **Exhaustion of Administrative Remedies**

You are required to exhaust all your available administrative remedies before bringing an action in federal court.

A. Is there a grievance procedure available at your institution?

YES (✓) NO ( )   If there is no grievance procedure, skip to F.

B. Have you filed a grievance concerning the facts in this complaint?

YES (✓) NO ( )

C. If your answer is YES:

1. What steps did you take?
   I filed a grievance alleging that I was assaulted

2. What was the result?
   Internal affairs Dep. denied my claim & refused to investigate Ofc's. I was met by a wall of silence.

3. If the grievance was not resolved to your satisfaction, did you appeal? What was the result (if there was no procedure for appeal, so state.)
   I appealed my grievance result, but I.A.D maintained deniability, and I was charged with aggrevated battery on a correctional officer.

D. If your answer is NO, explain why not:
_____
_____
_____

Revised: 7/20/0?

E. Is the grievance procedure now completed? YES (✓) NO ( )

F. If there is no grievance procedure in the institution, did you complain to authorities? YES ( ) NO ( )

G. If your answer is **YES**:

   1. What steps did you take?

   _____
   _____
   _____

   2. What was the result?

   _____
   _____
   _____

H. If your answer is NO, explain why not:

   _____
   _____
   _____

4

Revised: 7/10/05

A

IV. A  List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):

- A. Name of case and docket number: DEMETRIUS DARNELL HEMPHILL V.S CHICAGO POLICE DEPARTMENT, etc. et al. 05C 5787

- B. Approximate date of filing lawsuit: October 7, '05

- C. List all plaintiffs (if you had co-plaintiffs), including any aliases: DEMETRIUS DARNELL HEMPHILL A.K.A - Q

- D. List all defendants: OFC. FASUNA #6418  OFC. UNKNOWN #

- E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): NORTHERN DISTRICT OF ILLINOIS

- F. Name of judge to whom case was assigned: JUDGE MANNING  MAGISTRATE JUDGE VALDEZ

- G. Basic claim made: AGGREVATED BATTERY / POLICE BRUTALITY

- H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): CASE PENDING.

- 1. Approximate date of disposition: _____

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

Revised: 7/20/05

B

**IV.B** List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):

A. Name of case and docket number: DEMETRIUS HEMPHILL vs. C/O MACFALLANE, etc, et al.  06C 6020

B. Approximate date of filing lawsuit: Nov 3, '06

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: DEMETRIUS HEMPHILL A.K.A - Q

D. List all defendants: OFC. MACFALLANE #8544
SGT. MANOS #946
LT. SWAN #135

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): NORTHERN DISTRICT OF ILLINOIS

F. Name of judge to whom case was assigned: JUDGE BUCKLO MAGISTRATE JUDGE GERALDINE SOAT BROWN

G. Basic claim made: Failure to protect, violating 14th amend. right of equal protection under the law.

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): NO, Defendants settled.

I. Approximate date of disposition: Sept 19, '07

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

V.  Statement of Claim:

State here as briefly as possible the facts of your case. Describe precisely how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On June 1, '07 at about 6:30, OFC. LOMBARDI #8118; OFC. NICKLES #6501; OFC. KERN #4565; OFC. McGOUGH #5775; OFC. KOUCH #7975; OFC. SKINNER #____; violated my 8th Amend. right against cruel & unusual punishment, & my 14th Amend. right of equal protection under the law, by beating me so bad that they knocked out seven of my teeth & loosening 5 more, they also broke 3 of my ribs. All this happened while I was in a double lock handcuffs and chains & my feets were shackled. On the above date while I was in segregation in Div 9, my blood sugar was low & I had requested my diabetic meds for 2 days. I needed medical attention so I asked for a Psychiatric Evaluation on the 3-11 shift. Upon my return from Psych. Eval. my tier had been fed, so I asked c/o Skinner for my dinner tray, to which he screamed at me to "sit my bitch ass down"! That I had eaten. I responded that I hadn't eaten, that he should sit his bitch ass down. Then officers Lombardi, Nickles, Kern, McGough, Kouch, led by c/o Skinner who was the Ofc. in charge of the tier, opened my cell door and threw the first

punch, which started the beating. All above officers punched, kicked and stomped me while I was balled up on the floor. I was restrained by a double lock with chain going around my body through the handcuff box lock which prevented me from using my hands to cover my face. This resulted in me having 7 teeth knocked out and 5 more loosened. The kicks to my ribs broke 3 of them. All this was witnessed by the whole tier, & 3 of the inmates (Artest Anderson) (Emanuel Johnson) (Eugene Jackson) have volunteered to come forward & testify, if need be. I was then taken out of my cell & off the tier. On the elevator I was punched some more as they were taking me to the basement holding cells. When we got there in the basement, Ofc. Lombardi pushed me against the wall while I was still bleeding, punched me in my eye and forced my teeth out of my grip, then flushed them down the toilet. I was taken to the Healthcare center Cermak, they x-rayed my ribs and discovered 3 was broken, my head was swollen, I had 2 black eyes, & 7 missing front teeth. I am suffering from Physical and emotional distress, & post traumatic stress disorder. Above officers demonstrated their conscious disregard for my health as a diabetic, & deliberate indifference to the consequence of their action, they inflicted sever pain & agony on me, thereby violating my right against cruel & unusual punishment of the 8th Amend. And violating my 14th Amend right of Equal protection under the law. TOM DART is aware of the ~~\_\_\_~~ abuse and disregard it

VI.   Relief:

7

Revised: 7/20/05

VI.   **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I am respectfully seeking judgement from the court in compensatory damages of $10,000,000. And Punitive damages for each of the 6 officers involved, in the amount of $10,000,000, and for damages for each of the 6 officers involved, in the amount of $600,000, $100,000 each. Totaling $20,600,000

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _____ day of Dec, 20 07

Demetrius Darnell Hemphill
#200500068708 / (#N-84682) Prison
(Signature of plaintiff or plaintiffs)

DEMETRIUS D. HEMPHILL
(Print name)

#200500068708 — (PRISON#) N84682
(I.D. Number)

P.O. BOX 089002, DIV 10, Chicago, IL 60608 / 832 N. LEAMINGTON Chicago IL. 60651
(Address)

8