

**PRISONER CASE**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
## Civil Cover Sheet



KC FILED
JAN 0 8 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | | | |
|---|---|---|---|
| **Plaintiff(s):** | DEMETRIUS D. HEMPHILL | **Defendant(s):** | TOM DART, etc., et al. |
| **County of Residence:** | COOK | **County of Residence:** | |
| **Plaintiff's Address:** | | **Defendant's Attorney:** | |

Demetrius D. Hemphill
#2005-0068708
Cook County Jail
P.O. Box 089002
Chicago, IL 60608

08CV157
JUDGE LEINENWEBER
MAGISTRATE JUDGE BROWN

**Basis of Jurisdiction:**  ☐ 1. U.S. Government Plaintiff   ☑ 3. Federal Question (U.S. gov't. not a party)

☐ 2. U.S. Government Defendant   ☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**Origin:**  ☑ 1. Original Proceeding   ☐ 5. Transferred From Other District

☐ 2. Removed From State Court   ☐ 6. MultiDistrict Litigation

☐ 3. Remanded From Appellate Court   ☐ 7. Appeal to District Judge from Magistrate Judgment

☐ 4. Reinstated or Reopened

**Nature of Suit:** 555 Prison conditions

**Cause of Action:** 42:1983pr

**Jury Demand:**  ☐ Yes   ☑ No

**Signature:** A. E. Woodham     **Date:** 1/8/2008

Leinenweber   06 C 6020
Brown