**FILED**
Jan 8, 2008
JAN 0 8 2008    12/24/07

To: Whom it may concern

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

I Demetrius D. Hemphill #20050068708, I'm writing you to ask you to please send me one of these copy's back with stamp and received with the Docket Case Number on it. I'm so sorry that I didn't send this information sooner. Every thing I needed to do is done beside me having my hospital records report that you can get when subpoena time comes. I have done the grievance's and I have they respond to the grievance's and I also appeal this I have copys of there respond as well. I must go for now, but I hope and pray to here something from you real soon.

Sincerly yours

Demetrius D. Hemphill #20050068708

08CV157
JUDGE LEINENWEBER
MAGISTRATE JUDGE BROWN