# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Harry D. Leinenweber | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 157 | **DATE** | 2/21/2008 |
| **CASE TITLE** | Demetrius Hemphill #2005-0068708 v.  Dart | | |

**DOCKET ENTRY TEXT:**

The court denies Plaintiff's motion for leave to file in forma pauperis without prejudice to reconsideration should he renew his motion in compliance with this order.[3]  Plaintiff is given until March 13, 2008, either to file an in forma pauperis application on the enclosed form with the information required by § 1915(a)(2) or to pay the full $350 filing fee.  The clerk is directed to send Plaintiff an in forma pauperis application along with a copy of this order and is further directed to send a copy of this order to the trust account supervisor at the Cook County Jail.

■[ For further details see text below.]                          Docketing to Mail Notices

## STATEMENT

The clerk has accepted this pro se civil rights complaint for docketing pursuant to Fed.R.Civ.P. 5(e) even though it was not submitted in compliance with the rules of this court.  This Court requires that persons seeking leave to file in forma pauperis file their motions on a prescribed form.  LR 3.3. The form requires inmates to obtain a certificate stating the amount of money they have on deposit in their prison or jail trust fund account.  Plaintiff did not use the complete prescribed form: he did not submit the six month trust account statement and did not have the motion certified by an authorized officer at the prison.  If Plaintiff wants to proceed on his complaint, he must file a new motion for leave to file in forma pauperis on the required form and have a prison official provide information regarding Plaintiff's trust fund account.  28 U.S.C. 1915(a)(2).  Plaintiff must also write the case number in the space provided for it.  Failure to complete the required form fully or otherwise comply with this order are grounds for dismissal of the suit. *See Zaun v. Dobbin*, 628 F.2d 990 (7th Cir. 1980).

| | ste |
|---|---|

10/10/2007

**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

**IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT**

_____
Plaintiff

v.

_____
Defendant(s)

CASE NUMBER_____

JUDGE_____

---

*Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:*

I, _____, declare that I am the ☐plaintiff ☐petitioner ☐movant (other_____) in the above-entitled case. This affidavit constitutes my application ☐ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☐ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions under penalty of perjury:

1.    Are you currently incarcerated?      ☐Yes      ☐No    (If "No," go to Question 2)
     I.D. #_____ Name of prison or jail:_____
     Do you receive any payment from the institution? ☐Yes ☐No   Monthly amount:_____

2.    Are you currently employed?      ☐Yes      ☐No
     Monthly salary or wages:_____
     Name and address of employer: _____

     a.    If the answer is "No":
         Date of last employment:_____
         Monthly salary or wages:_____
         Name and address of last employer:_____

     b.    Are you married?      ☐Yes      ☐No
         Spouse's monthly salary or wages:_____
         Name and address of employer:_____

3.    Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same residence received more than $200 from any of the following sources? *Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.*

     a.    Salary or wages                                  ☐Yes      ☐No
     Amount_____ Received by_____

b.    ☐ Business, ☐ profession or ☐ other self-employment          ☐Yes          ☐No
Amount_____ Received by_____

c.    ☐ Rent payments, ☐ interest or ☐ dividends          ☐Yes          ☐No
Amount_____ Received by_____

d.    ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers'
      compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
                                                                  ☐Yes          ☐No
Amount_____ Received by_____

e.    ☐ Gifts or ☐ inheritances          ☐Yes          ☐No
Amount_____ Received by_____

f.    ☐Any other sources (state source:_____)          ☐Yes          ☐No
Amount_____ Received by_____

4.    Do you or anyone else living at the same residence have more than $200 in cash or checking or
      savings accounts?          ☐Yes          ☐No          Total amount:_____
      In whose name held:_____ Relationship to you:_____

5.    Do you or anyone else living at the same residence own any stocks, bonds, securities or other
      financial instruments?          ☐Yes          ☐No
      Property:_____ Current Value:_____
      In whose name held:_____ Relationship to you:_____

6.    Do you or anyone else living at the same residence own any real estate (houses, apartments,
      condominiums, cooperatives, two-flats, three-flats, etc.)?          ☐Yes          ☐No
      Address of property:_____
      Type of property:_____ Current value:_____
      In whose name held:_____ Relationship to you:_____
      Amount of monthly mortgage or loan payments:_____
      Name of person making payments:_____

7.    Do you or anyone else living at the same residence own any automobiles, boats, trailers, mobile
      homes or other items of personal property with a current market value of more than $1000?
                                                                  ☐Yes          ☐No
      Property:_____
      Current value:_____
      In whose name held:_____ Relationship to you:_____

8.    List the persons who are dependent on you for support, state your relationship to each person and
      indicate how much you contribute monthly to their support.  If none, check here ☐No dependents

      _____
      _____

-2-

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: _____         _____
                                                    Signature of Applicant


                                                    _____
                                                    (Print Name)


------------------------------------------------------------------------------------------------------

**NOTICE TO PRISONERS:**   A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.


### CERTIFICATE
### (Incarcerated applicants only)
### (To be completed by the institution of incarceration)

I certify that the applicant named herein, _____, I.D.# _____, has the sum of

$_____ on account to his/her credit at (name of institution)_____.

I further certify that the applicant has the following securities to his/her credit:_____. I further

certify that during the past six months the applicant's average monthly deposit was $_____.

(Add all deposits from all sources and then divide by number of months).


_____                    _____
       DATE                                         SIGNATURE OF AUTHORIZED OFFICER


                                                    _____
                                                    (Print name)


rev. 10/10/2007

*incomplete*

# UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

**FILED**

JAN 0 8 2008 *aw*

*Jan 8, 2008*

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

Demetrius D. Hemphill
_____
Plaintiff

Sheriff Department v. of Correction
Tom Dart, c/o Kern #4565 c/o Shinn, ect
c/o Lombardi 8118 c/o Nichle 6501 c/o Kosch 1975
c/o McGough 8775
_____
Defendant(s)

**08CV157**
**JUDGE LEINENWEBER**
**MAGISTRATE JUDGE BROWN**

---

*Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:*

I, Demetrius D. Hemphill, declare that I am the ☒ plaintiff ☐ petitioner ☐ movant (other _____) in the above-entitled case. This affidavit constitutes my application ☐ to proceed without full prepayment of fees, or ☒ in support of my motion for appointment of counsel, or ☐ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions <u>under penalty of perjury</u>:

1. Are you currently incarcerated?   ☒ Yes   ☐ No   (If "No," go to Question 2)
   I.D. # 200500068708   Name of prison or jail: Cook County Jail
   Do you receive any payment from the institution? ☐ Yes ☒ No.   Monthly amount: _____

2. Are you currently employed?   ☐ Yes   ☒ No
   Monthly salary or wages: _____
   Name and address of employer: _____

   a. If the answer is "No":
      Date of last employment: _____
      Monthly salary or wages: _____     Does Not Apply
      Name and address of last employer: _____

   b. Are you married?   ☐ Yes   ☒ No
      Spouse's monthly salary or wages: _____
      Name and address of employer: _____

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same address received more than $200 from any of the following sources? *Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.*

   a. Salary or wages
      Amount _____   Received by _____   ☐ Yes   ☒ No

b.  ☐ Business, ☐ profession or ☐ other self-employment        ☐Yes        ☒No
Amount_____Received by_____

c.  ☐ Rent payments, ☐ interest or ☐ dividends        ☐Yes        ☒No
Amount_____Received by_____

d.  ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers'
compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
                                                ☐Yes        ☒No
Amount_____Received by_____

e.  ☐ Gifts or ☐ inheritances        ☐Yes        ☒No
Amount_____Received by_____

f.  ☐Any other sources (state source:_____)  ☐Yes        ☒No
Amount_____Received by_____

4.  Do you or anyone else living at the same address have more than $200 in cash or checking or
savings accounts?        ☐Yes        ☒No        Total amount:_____
In whose name held:_____Relationship to you:_____

5.  Do you or anyone else living at the same address own any stocks, bonds, securities or other
financial instruments?        ☐Yes        ☒No
Property:_____Current Value:_____
In whose name held:_____Relationship to you:_____

6.  Do you or anyone else living at the same address own any real estate (houses, apartments,
condominiums, cooperatives, two-flats, three-flats, etc.)?        ☐Yes        ☒No
Address of property:_____
Type of property:____D/N/A____  Current value:_____
In whose name held:_____Relationship to you:  D/N/A____
Amount of monthly mortgage or loan payments:_____
Name of person making payments:_____

7.  Do you or anyone else living at the same address own any automobiles, boats, trailers, mobile
homes or other items of personal property with a current market value of more than $1000?
                                                ☐Yes        ☒No
Property:_____
Current value:____D/N/A_____
In whose name held:  D/N/A_____  Relationship to you:  D/N/A

8.  List the persons who are dependent on you for support, state your relationship to each person and
indicate how much you contribute monthly to their support. If none, check here ☐No dependents
DARNisha Gant - Daughter  Son Demetrius A. R.
Hemphill

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: _____

_Demetrius D. Hemphill_
Signature of Applicant

_Demetrius D. Hemphill_
(Print Name)

---

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

### CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, _Demetrius Hemphill_, I.D.# _000500688 20_has the sum

of $_____ on account to his/her credit at (name of institution) _____

I further certify that the applicant has the following securities to his/her credit: _____. I further

certify that during the past six months the applicant's average monthly deposit was $_____.

(Add all deposits from all sources and then divide by number of months).

_____
DATE

_____
SIGNATURE OF AUTHORIZED OFFICER

_____
(Print name)

rev. 7/18/02

-3-