**USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.**

| U.S. Department of Justice
United States Marshals Service | **PROCESS RECEIPT AND RETURN** |
|---|---|

*Ctb*

| PLAINTIFF
DEMETRIUS D. HEMPHILL (#2005-0068708) | COURT CASE NUMBER
08 C -0157 |
|---|---|
| DEFENDANT
SHERIFF THOMAS DART, ETAL. | TYPE OF PROCESS
SUMMONS & COMPLAINT |

**SERVE AT** { NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
CORRECTIONAL OFFICER SKINNER - COOK COUNTY JAIL - DIVISION 9

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
2700 SOUTH CALIFORNIA AVENUE - CHICAGO, IL 60608  *2nd FLR DIV 5. Legal Dept.*

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| DEMETRIUS DARNELL HEMPHILL (#2005-0068708)
COOK COUNTY JAIL
P.O. BOX 089002
CHICAGO, IL 60608 | Number of process to be served with this Form 285 | 1 |
| | Number of parties to be served in this case | 6 |
| | Check for service on U.S.A. | X |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*
Fold                                                                                                                    Fold

*FILED*
APR 17 2008
*APr 17 2008*
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF
☐ DEFENDANT | TELEPHONE NUMBER | DATE
3-31-2008 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process
6 of 6 | District of Origin
No. 24 | District to Serve
No. 24 | Signature of Authorized USMS Deputy or Clerk  *T.R.* | Date
3-31-2008 |
|---|---|---|---|---|---|

I hereby certify and return that ☑ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)*
*Ronna Farnandis, Officer Legal Dept* | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|
| Address *(complete only different than shown above)* | Date
04/16/2008 | Time
13:06 ☐ am ☒ pm |
| | Signature of U.S. Marshal or Deputy
*Michael Ward-Hal* |

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| *One* | *Service* | *Fee Charged* | | *Same* | *Cost + location* |
| REMARKS:  *1 OUSM, 1 HR, 16 miles* | | | | | *See process sheet # 1 for charges* |

| PRINT 5 COPIES: | 1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT | PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00 |
|---|---|---|