UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DEMETRIUS D. HEMPHILL, | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 0157 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | Harry Leinenweber |
| SHERIFF TOM DART, OFC. KERN # 4565, | ) | |
| OFFICER LOMBARDI, #8118, | ) | Magistrate Judge Brown |
| OFC. NICKLE # 6501, OFC. KOUCH, #7975, | ) | |
| OFC. SKINNER, | ) | |
| | ) | |

## MOTION TO STAY PROCEEDINGS

NOW COMES the Cook County State's Attorney's Office, by RICHARD A. DEVINE, State's Attorney of Cook County, through his assistant Ronald Weidhuner, and pursuant to the Federal Rules of Civil Procedure, moves this Honorable Court to stay all action in this case including filing of responsive pleadings and discovery.

A Memorandum of Law in support of this Motion to Stay is attached hereto.

Respectfully Submitted,

RICHARD A. DEVINE
State's Attorney of Cook County

By:    /s/ Ronald Weidhuner 6194834
Ronald Weidhuner
Assistant State's Attorney
500 Richard J. Daley Center
Chicago, Il 60602
(312) 603-5527