IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS          Page 001

PEOPLE OF THE STATE OF ILLINOIS

        VS          NUMBER 07CR1303401

DEMETRIUS   HEMPHILL

## CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION with the Clerk of the Circuit Court.

Charging the above named defendant with:

```
720-5/12-4(b)(18)          F     AGG BTRY/HARM/PEACE OFFICER
720-5/12-4(b)(18)          F     AGG BTRY/HARM/PEACE OFFICER
730-150/6                  F     FAIL TO RPT CHNG ADDRESS/EMPL
730-150/6                  F     FAIL TO RPT CHNG ADDRESS/EMPL
```

The following disposition(s) was/were rendered before the Honorable Judge(s):

```
07/11/07 IND/INFO-CLK OFFICE-PRES JUDGE          07/19/07 1701
07/19/07 CASE ASSIGNED                           07/19/07 1712
         BIEBEL, PAUL JR.
07/19/07 DEFENDANT IN CUSTODY                    00/00/00
         BIEBEL, PAUL JR.
07/19/07 DEFENDANT IN CUSTODY                    00/00/00
         BIEBEL, PAUL JR.
07/19/07 PRISONER DATA SHEET TO ISSUE            00/00/00
         BIEBEL, PAUL JR.
07/19/07 CONTINUANCE BY AGREEMENT                07/26/07
         BIEBEL, PAUL JR.
07/26/07 DEFENDANT IN CUSTODY                    00/00/00
         CRANE, CLAYTON J.
07/26/07 PRISONER DATA SHEET TO ISSUE            00/00/00
         CRANE, CLAYTON J.
07/26/07 APPEARANCE FILED                        00/00/00
         CRANE, CLAYTON J.
07/26/07 DEFENDANT ARRAIGNED                     00/00/00
         CRANE, CLAYTON J.
07/26/07 PLEA OF NOT GUILTY                      00/00/00
         CRANE, CLAYTON J.
07/26/07 MOTION FOR DISCOVERY                    00/00/00 F        1
         CRANE, CLAYTON J.
07/26/07 DISCOVERY ANSWER FILED                  00/00/00          1
         CRANE, CLAYTON J.
07/26/07 MOTION FOR DISCOVERY                    00/00/00 F        2
         CRANE, CLAYTON J.
```



EXHIBIT 1

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS        Page 002

PEOPLE OF THE STATE OF ILLINOIS

          VS              NUMBER 07CR1303401

DEMETRIUS    HEMPHILL

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION

```
07/26/07 ADMONISH AS TO TRIAL IN ABSENT         00/00/00
     CRANE, CLAYTON J.
07/26/07 CONTINUANCE BY AGREEMENT               09/12/07
     CRANE, CLAYTON J.
09/12/07 DEFENDANT IN CUSTODY                   00/00/00
     CRANE, CLAYTON J.
09/12/07 PRISONER DATA SHEET TO ISSUE           00/00/00
     CRANE, CLAYTON J.
09/12/07 CONTINUANCE BY AGREEMENT               10/18/07
     CRANE, CLAYTON J.
10/18/07 DEFENDANT IN CUSTODY                   00/00/00
     CRANE, CLAYTON J.
10/18/07 PRISONER DATA SHEET TO ISSUE           00/00/00
     CRANE, CLAYTON J.
10/18/07 CONTINUANCE BY AGREEMENT               12/13/07
     CRANE, CLAYTON J.
12/13/07 DEFENDANT IN CUSTODY                   00/00/00
     CRANE, CLAYTON J.
12/13/07 PRISONER DATA SHEET TO ISSUE           00/00/00
     CRANE, CLAYTON J.
12/13/07 MOTION DEFT - CONTINUANCE - MD         12/19/07
     CRANE, CLAYTON J.
12/19/07 DEFENDANT IN CUSTODY                   00/00/00
     CRANE, CLAYTON J.
12/19/07 PRISONER DATA SHEET TO ISSUE           00/00/00
     CRANE, CLAYTON J.
12/19/07 CONTINUANCE BY AGREEMENT               01/17/08
     CRANE, CLAYTON J.
01/17/08 DEFENDANT IN CUSTODY                   00/00/00
     CRANE, CLAYTON J.
01/17/08 PRISONER DATA SHEET TO ISSUE           00/00/00
     CRANE, CLAYTON J.
01/17/08 CONTINUANCE BY AGREEMENT               01/22/08
     CRANE, CLAYTON J.
01/22/08 DEFENDANT IN CUSTODY                   00/00/00
     CRANE, CLAYTON J.
01/22/08 PRISONER DATA SHEET TO ISSUE           00/00/00
     CRANE, CLAYTON J.
```

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS       Page 003

PEOPLE OF THE STATE OF ILLINOIS

        VS        NUMBER 07CR1303401

DEMETRIUS    HEMPHILL

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

   I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION

```
01/22/08 CONTINUANCE BY AGREEMENT                  02/08/08
      CRANE, CLAYTON J.
02/08/08 DEFENDANT IN CUSTODY                      00/00/00
      CRANE, CLAYTON J.
02/08/08 PRISONER DATA SHEET TO ISSUE              00/00/00
      CRANE, CLAYTON J.
02/08/08 CONTINUANCE BY AGREEMENT                  02/27/08
      CRANE, CLAYTON J.
02/27/08 DEFENDANT IN CUSTODY                      00/00/00
      CRANE, CLAYTON J.
02/27/08 PRISONER DATA SHEET TO ISSUE              00/00/00
      CRANE, CLAYTON J.
02/27/08 CONTINUANCE BY AGREEMENT                  03/10/08
      CRANE, CLAYTON J.
03/10/08 DEFENDANT IN CUSTODY                      00/00/00
      CRANE, CLAYTON J.
03/10/08 PRISONER DATA SHEET TO ISSUE              00/00/00
      CRANE, CLAYTON J.
03/10/08 CONTINUANCE BY AGREEMENT                  04/28/08
      CRANE, CLAYTON J.
04/28/08 DEFENDANT IN CUSTODY                      00/00/00
      CRANE, CLAYTON J.
04/28/08 PRISONER DATA SHEET TO ISSUE              00/00/00
      CRANE, CLAYTON J.
04/28/08 CONTINUANCE BY AGREEMENT                  05/15/08
      CRANE, CLAYTON J.
```

I hereby certify that the foregoing has been entered of record on the above captioned case.
Date 05/02/08

*Dorothy Brown*
DOROTHY BROWN
CLERK OF THE CIRCUIT COURT OF COOK COUNTY
T.E.D