UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DEMETRIUS D. HEMPHILL, | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 0157 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | Harry Leinenweber |
| SHERIFF TOM DART, OFC. KERN # 4565, | ) | |
| OFFICER LOMBARDI, #8118, | ) | Magistrate Judge Brown |
| OFC. NICKLE # 6501, OFC. KOUCH, #7975, | ) | |
| OFC. SKINNER, | ) | |
| | ) | |

## NOTICE OF MOTION

TO:   Demetrius Hemphill
      Inmate No. 2005-0068708
      CCDOC
      P.O. Box 089002
      Chicago, IL 60608

**PLEASE TAKE NOTICE** that on May 8, 2008 at 9:30 a.m., I shall appear before the Honorable Harry Leinenweber in the courtroom usually occupied by him in Room 1941 of the United States District Court, Northern District of Illinois, Eastern Division, and present the attached Motion To Stay Proceedings.

RICHARD A. DEVINE
State's Attorney of Cook County

By:   /s/ Ronald Weidhuner 6194834
      Ronald Weidhuner
      Assistant State's Attorney
      500 Richard J. Daley Center
      Chicago, IL 60602
      (312) 603-5527

CERTIFICATE OF SERVICE

I, Ronald Weidhuner, hereby certify that the attached motion was served upon the persons named above on May 2, 2008 by depositing such copy in the United States Mail at 500 Richard J. Daley Center, Chicago, Illinois, in an envelope bearing sufficient postage and E-Filing.

/s/ Ronald Weidhuner 6194834