## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | HARRY D. LEINENWEBER | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 0157 | **DATE** | 5/6/2008 |
| **CASE TITLE** | Demetrius Hemphill (#2005-0068708) vs. Tom Dart, et al. | | |

**DOCKET ENTRY TEXT:**

The Clerk is directed to mail the plaintiff another copy of the court's filing instructions. In the future, the court may strike without considering any document filed that does not comport with these basic filing rules.

**Docketing to mail notices.**

    Reference is made to the plaintiff's letter dated April 23, 2008 [#16]. The Clerk did issue summons for service on defendant Nickles by the U.S. Marshal; the Marshal has not yet filed a return of service. The plaintiff's request to add the Cook County Department of Corrections as a defendant is denied. First, piecemeal amendments are not permitted. In any event, the Cook County Department of Corrections is not a suable entity. *See, e.g., Castillo v. Cook County Department Mail Room*, 990 F.2d 304 (7th Cir. 1993). Finally, the plaintiff is reminded of basic filing requirements: (1) the plaintiff must provide the court with the original plus a judge's copy of every document filed; (2) once defense counsel enters an appearance, the plaintiff must include a certificate of service with every court filing showing that a copy was mailed to opposing counsel; (3) letters to the judge are not permitted; any requests for court action must be made by motion (such as "motion for leave to amend"); and (4) the plaintiff may not file one document pertaining to multiple cases. Separate documents must be filed in separate cases. The Clerk is directed to mail the plaintiff another copy of the court's filing instructions. In the future, the court may strike without considering any document filed that does not comport with these basic filing rules.

mjm