**FILED**
MAY 30 2008 aew
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

May 30, 2008

08C157  5-25-08

Change of Address

To Whom it may concern,

I, Demetrius Hemphill #200500687208, I'm writing you to let you know that I was ship to Stateville C.C N.R.C. on 5-5-08 and now I got back to the Cook County Jail on 5-15-08 and they gave me a new C.C.J Number of #20080033882. I have two cases in front of the same judge name Judge Leinenweber Magistrate Judge Brown on the case Demetrius D. Hemphill vs. Tom Dartete, et al, 08 C-0157 that's one the other one is Demetrius D. Hemphill vs. Sgt. Skinner, etc. al, 08C 0902 by Judge Leinenweber Magistrate Judge Brown. So I would like for you to send all my mail from the court to me under my new C.C.J Number #200800 33882. My prison number is Demetrius Hemphill # N-84682 that's when I get ship back out so please send me all my mail under my new Cook county jail number of 20080033882. Thank you very much to this matter in hand.

Sincerely yours,
Demetrius Darnell Hemphill

P.S. please write back as soon as possible to let me know that you got this letter. I would like to thank you again for your time corpotions!!!